**Dismiss and Opinion Filed June 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00637-CV

## NEXPAY, INC., Appellant
## V.
## BAIN CONSULTING, LLC, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03502**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Evans
Opinion by Justice Evans

Appellant initiated this proceeding on May 18, 2015 by filing an emergency motion pursuant to rule 24.4 of the Texas Rules of Appellate Procedure seeking review of the trial court's "Order Denying Defendant Nexpay, Inc.'s Emergency Motion for Order to Dissolve or, in the Alternative, a Motion for Order to Stay Enforcement of Judgment."[1]  By order dated May 19, 2015, the Court denied the emergency motion.

On June 1, 2015, the Court notified the parties that neither a clerk's record nor a reporter's record had been filed.  In response to the Court's notification, by letter dated June 2, 2015, appellant advised the Court "that there is no standing deadline for the filing of the Clerk's Record or Reporter's record because there is no pending appeal."  Appellant noted that the

---

[1] Appellant did not seek in this proceeding to appeal the trial court's judgment signed April 8, 2015.  Appellant states a motion for new trial is pending in the trial court with regard to the judgment.

Court's May 19, 2015 order had the effect of "essentially resolving the outstanding issues currently before the Court of Appeals" and requested that the Court "rescind its June 1, 2015 request for the filing of the clerk's record and reporter's record." We decline to do so and instead dismiss the appeal.

As appellant concedes, the Court's May 19, 2015 order fully resolved the issues before the Court with regard to the emergency motion and, as appellant further notes, there is currently no pending appeal of the judgment signed by the trial court. As a result, there is no basis for any further exercise of jurisdiction by this Court. We dismiss the appeal.

/David Evans/
DAVID EVANS
JUSTICE

150637F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NEXPAY, INC., Appellant

No. 05-15-00637-CV        V.

BAIN CONSULTING, LLC, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-03502.
Opinion delivered by Justice Evans. Justices Lang and Fillmore participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BAIN CONSULTING, LLC recover its costs of this appeal from appellant NEXPAY, INC.

Judgment entered this 16th day of June, 2015.